```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
EDWARD GARRY, Sr. as Administrator of
the Estate of Edward Garry, Jr.,

                    Plaintiff,                    ORDER

        - against -                               19 Civ. 4010 (NRB)

THE CITY OF NEW YORK and DETECTIVE
GEORGE MILIAN, sued in his individual
capacity,

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         March 2, 2021

                                   _____
                                          NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE