UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

EDWARD GARRY, Sr. as Administrator of the Estate of
Edward Garry, Jr.,,

                                                        Plaintiff,

                -against-

THE CITY OF NEW YORK, and DETECTIVE GEORGE
MILIAN, sued in his individual capacity,

                                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19 Civ. 04010 (NRB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    *April 5*, 2021

RICKNER PLLC
*Attorneys for Plaintiff*
~~233 Broadway, Suite 2220~~ 14 Wall St. Suite 1603
New York, NY ~~10279~~ 10005

By: _____
  Rob Rickner
  *Attorney for Plaintiff*


GLENN GARBER
*Attorney for Plaintiff*
233 Broadway, Suite 2370
New York, NY 10279

By: _____
  Glenn Garber
  *Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York and Milian*
100 Church Street, 3rd Floor
New York, New York 10007

By: */s/ Omar J. Siddiqi*
  Omar J. Siddiqi
  *Senior Counsel*

SO ORDERED:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021